# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 9, 2015

## NO. 03-14-00424-CV

**Bastrop County, Appellant**

**v.**

**Rebekah Montie, Appellee**

**APPEAL FROM 335TH DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the interlocutory order signed by the trial court on June 18, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order denying Bastrop County's plea to the jurisdiction and remands the case to allow Rebekah Montie an opportunity to replead. Montie shall pay all costs relating to this appeal, both in this Court and the court below.